The People of the State of New York, Plaintiff, *v.* New York Building-Loan Banking Company, Defendant.

In the Matter of the Accounting of Charles M. Preston as Receiver.

George Ehret et al., Appellants; Charles M. Preston, as Receiver, et al., Respondents.

*People* v. *N. Y. Building-Loan Banking Company,* 119 App. Div. 830, affirmed.
(Argued October 1, 1907; decided October 15, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which affirmed an order of Special Term confirming the report of a referee in a special proceeding for the taking and stating of the accounts of the receiver of an insolvent corporation.

*Frederick B. Woodruff, Frederic W. Hinrichs* and *Charles C. Cormany* for appellants.

*Howard Chipp* and *Charles W. Dayton, Jr.,* for respondents.

Order affirmed, with costs ; no opinion.
Concur: Cullen, C. J., O'Brien, Edward T. Bartlett, Haight, Vann, Hiscock and Chase, JJ.